IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BINGLIN ZHONG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SHANGHAI JINGSUN TECHNOLOGY CO. LTD AKA 'MILLIONHOM',<br><br>　　　　　Defendants. | Case No.: 25-cv-2973<br><br>**Judge Matthew F. Kennelly**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

**JOINT STATUS REPORT REGARDING DISCOVERY AND SETTLEMENT DISCUSSIONS**

The parties hereby present this joint status report discussing the status of discovery and settlement discussions.

**Plaintiff's Report**

Plaintiff had previously provided a response to defendant's request for admissions. Prior to this status report, plaintiff provided responses to defendant's request for interrogatories and request for production of documents. Plaintiff has performed a remote deposition of representative for defendant.

Plaintiff has presented a settlement offer to defendant, and defendant has presented a counter-offer to plaintiff. In plaintiff's viewpoint, the parties are still far apart, and likely do not see 'eye to eye' on the merits of the case.

Plaintiff provided a copy of this report to defendant on the afternoon of its due date, but did not receive a response by COB. Plaintiff has filed the response 'as is', and communicated this to defendant's counsel.

**Defendant's report**

DATED:  November 12, 2025　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　　　　　　　*/Robert M. DeWitty/*
　　　　　　　　　　　　　　　　　　　　Robert M.  DeWitty
　　　　　　　　　　　　　　　　　　　　D&A|R.M. DeWitty, U.S. Pat. Atty., LLC
　　　　　　　　　　　　　　　　　　　　1500 K Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　　RM 213B, Washington DC 20005
　　　　　　　　　　　　　　　　　　　　Tel: 202-571-7070
　　　　　　　　　　　　　　　　　　　　Email: admin@dewittyip.com